■ In the Matter of FRANK A. TUCCI, Appellant-Respondent, v BOARD OF EDUCATION OF THE WASHINGTONVILLE CENTRAL SCHOOL DISTRICT, Respondent-Appellant. — Upon appeal by petitioner, order and judgment (one paper) of the Supreme Court, Orange County (Palella, J.), dated July 12, 1983, affirmed. No opinion. On the court's own motion, the cross appeal is dismissed upon the ground that the respondent-appellant is not aggrieved by the order and judgment sought to be reviewed (CPLR 5511). Respondent-appellant is awarded one bill of costs. Titone, J. P., Gibbons, Bracken and Rubin, JJ., concur.